AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Michael Marroquin

)
)
)
)
)
)
)

Case: 1:23-mj-00176
Assigned to: Judge Meriweather, Robin M.
Assign Date: 7/20/2023
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Marroquin,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☒ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1512 (c)(2)- Obstruction of an Official Proceeding.
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds.
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds.
40 U.S.C. § 5104(e)(2) (A)-Entering and Remaining on the Floor of Congress.
40 U.S.C. § 5104(e)(2) (D)- Disorderly Conduct in a Capitol Building.
40 U.S.C. § 5104(e)(2) (E)- Impeding Passage Through the Capitol Grounds or Buildings
40 U.S.C. § 5104(e)(2) (G)-Parading, Demonstrating, or Picketing in any of the Capitol Buildings.

Date: 07/20/2023

2023.07.20
17:35:22 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/21/2023, and the person was arrested on *(date)* 07/27/2023
at *(city and state)* Nederland, Texas.

Date: 07/27/2023

*Arresting officer's signature*

Mark Wilson, Special Agent
*Printed name and title*