IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

                v.                Case No.: 23-MJ-176

MICHAEL MARROQUIN.

## NOTICE OF APPEARANCE

The Clerk of Court will please note the appearance of Robert L. Jenkins, Jr., Esq. on behalf of the defendant.

I ASK FOR THIS:

By counsel

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for MICHAEL MARROQUIN

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I caused a true and accurate copy of the foregoing to be served on all counsel of record via ECF.

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
U.S. District Court Bar No.: CO0003
1010 Cameron Street
Alexandria, Virginia
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for MICHAEL MARROQUIN